# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00618-CR

**Jason Levar Gibson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NO. 3032574, HONORABLE FRED A. MOORE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was due June 22, 2005. Appellant's appointed attorney, Mr. Edmund M. (Skip) Davis, did not respond to this Court's notice that the brief is overdue.

The appeal is abated and the district court is ordered to conduct a hearing to determine whether counsel has abandoned this appeal. Tex. R. App. P. 38.8(b)(2). The court shall make appropriate findings and recommendations. If Mr. Davis is not prepared to prosecute this appeal in a timely fashion, the court shall appoint substitute counsel who will effectively represent appellant on appeal. A record from this hearing, including copies of all findings and orders and a transcription

of the court reporter's notes, shall be forwarded to the Clerk of this Court for filing as a supplemental record no later than August 26, 2005. Rule 38.8(b)(3).

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Puryear and Pemberton

Filed: August 1, 2005

Do Not Publish

2